UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Taveon Nixon**                    **Docket No. 7:18-CR-208-1FL**

**Petition for Action on Supervised Release**

COMES NOW John P. Nasuti, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Taveon Nixon, who, upon a finding of guilt by jury to Distribution of a Quantity of Heroin in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(C), and Possession With Intent to Distribute a Quantity of Heroin and Crack in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(C)., was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 26, 2019, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Taveon Nixon was granted clemency and released from custody on July 16, 2025, at which time the term of supervised release commenced.

On March 30, 2026, the case was reassigned to Honorable United States District Judge Louise W. Flanagan.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has requested the opportunity to complete Moral Reconation Therapy (MRT), a cognitive-behavioral treatment program that can help to improve moral reasoning, better decision-making, more appropriate behavior, and reduce the likelihood of recidivism. The defendant signed a Waiver of Hearing consenting to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing is true and correct.


/s/ David W. Leake                             /s/ John P. Nasuti
David W. Leake                                 John P. Nasuti
Supervising U.S. Probation Officer             U.S. Probation Officer
                                               2 Princess Street, Suite 308
                                               Wilmington, NC 28401-4290
                                               Phone: 910-679-2056
                                               Executed On: April 10, 2026

Case 7:18-cr-00208-FL    Document 63    Filed 04/13/26    Page 1 of 2

**Taveon Nixon**
**Docket No. 7:18-CR-208-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ____13th____ day of ____April_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
United States District Judge